**SARAH AMES BENEDICT, OSB #132675**
sarahames@dwt.com
**MARK HUTCHESON**, *admitted pro hac vice*
markhutcheson@dwt.com
**JOHN HODGES-HOWELL**, *admitted pro hac vice*
johnhodgeshowell@dwt.com
**DEREK GREEN, OSB #042960**
derekgreen@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

Attorneys for Plaintiff St. Charles Health System, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ST. CHARLES HEALTH SYSTEM, INC., an Oregon nonprofit corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OREGON FEDERATION OF NURSES AND HEALTH PROFESSIONALS, LOCAL 5017, AFT, AFL-CIO,<br><br>　　　　　Defendant. | Case No. 6:21-cv-00304-MC<br><br>NOTICE OF VOLUNTARY DISMISSAL |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Dismissal informing the Court that the above action is voluntarily dismissed without prejudice as to all claims, causes of action, and parties.

Page 1 – NOTICE OF VOLUNTARY DISMISSAL

4815-8601-1615v.1 0092854-000019

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

DATED this 4th day of March, 2021.

                              **DAVIS WRIGHT TREMAINE LLP**

                              By *s/ Sarah Ames Benedict*
                                  Sarah Ames Benedict, OSB #132675
                                  sarahames@dwt.com
                                  Mark Hutcheson, *admitted pro hac vice*
                                  markhutcheson@dwt.com
                                  John Hodges-Howell, *admitted pro hac vice*
                                  johnhodgeshowell@dwt.com
                                  Derek Green, OSB #042960
                                  derekgreen@dwt.com
                                  Telephone: (503) 241-2300

                              Attorneys for Plaintiff St. Charles Health System, Inc.

Page 2 – NOTICE OF VOLUNTARY DISMISSAL

4815-8601-1615v.1 0092854-000019

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax