Gmail

<div align="right"><strong>Cathy Highet &lt;cathy@highetlaw.com&gt;</strong></div>

## St. Charles Health System, Inc. v OFNHP (6:21-cv-00304-MC) Request to schedule TRO hearing/scheduling conference today or at the earliest possible date

**Cathy Highet** &lt;cathy@highetlaw.com&gt;       Mon, Mar 1, 2021 at 8:38 AM
To: Paul Bruch &lt;Paul_Bruch@ord.uscourts.gov&gt;
Cc: "Green, Derek" &lt;DerekGreen@dwt.com&gt;, Charlene Pew &lt;Charlene_Pew@ord.uscourts.gov&gt;, "Ames, Sarah" &lt;SarahAmes@dwt.com&gt;

Mr. Bruch and colleagues,
I am having difficulty loading the login page for ECF.  I will continue to try, of course, but since we are close to the 9 am deadline, I am emailing PDFs as a temporary backup measure.  Thank you for your patience.

On Fri, Feb 26, 2021 at 3:54 PM Cathy Highet &lt;cathy@highetlaw.com&gt; wrote:
> Thank you.
>
> On Fri, Feb 26, 2021 at 3:51 PM Paul Bruch &lt;Paul_Bruch@ord.uscourts.gov&gt; wrote:
>
>> Good afternoon,
>>
>> Yes.  Defendant may submit its brief by 9:00AM on Monday.
>>
>> Please let me know if you need any additional information.
>>
>> P~
>>
>> 
>>
>> **Paul Bruch**
>>
>> Division Manager, Eugene and Medford Divisions
>>
>> Clerk's Office
>>
>> U.S. District Court for the District of Oregon
>>
>> 405 E. 8<sup>th</sup> Ave. | Suite 2100 | Eugene, OR 97401 | 541-431-4111
>>
>> ---
>>
>> **From:** Cathy Highet &lt;cathy@highetlaw.com&gt;
>> **Sent:** Friday, February 26, 2021 3:42 PM
>> **To:** Paul Bruch &lt;Paul_Bruch@ord.uscourts.gov&gt;
>> **Cc:** Green, Derek &lt;DerekGreen@dwt.com&gt;; Charlene Pew &lt;Charlene_Pew@ord.uscourts.gov&gt;; Ames, Sarah &lt;SarahAmes@dwt.com&gt;
>> **Subject:** Re: St. Charles Health System, Inc. v OFNHP (6:21-cv-00304-MC) Request to schedule TRO hearing/scheduling conference today or at the earliest possible date
>>
>>
>> <mark>CAUTION - EXTERNAL:</mark>

Thank you.  Would Judge McShane be able to review a brief from Defendant filed by 9 am Monday?  If not, by what time should Defendant file its brief?

On Fri, Feb 26, 2021 at 3:37 PM Paul Bruch <Paul_Bruch@ord.uscourts.gov> wrote:

Good afternoon,

Judge McShane will not be setting a hearing today.  Oral argument will be set for 9:00AM on Tuesday, March 2.  A scheduling order with the connection information will go out shortly.

Please let me know if you need any additional information.

P~



**Paul Bruch**

Division Manager, Eugene and Medford Divisions

Clerk's Office

U.S. District Court for the District of Oregon

405 E. 8th Ave. | Suite 2100 | Eugene, OR 97401 | 541-431-4111

---

**From:** Cathy Highet <cathy@highetlaw.com>
**Sent:** Friday, February 26, 2021 2:06 PM
**To:** Green, Derek <DerekGreen@dwt.com>
**Cc:** Charlene Pew <Charlene_Pew@ord.uscourts.gov>; Paul Bruch <Paul_Bruch@ord.uscourts.gov>; Ames, Sarah <SarahAmes@dwt.com>
**Subject:** Re: St. Charles Health System, Inc. v OFNHP (6:21-cv-00304-MC) Request to schedule TRO hearing/scheduling conference today or at the earliest possible date

<mark>CAUTION - EXTERNAL:</mark>

Good afternoon.  Defendant strenuously objects to a hearing today as Plaintiff's briefs were filed 20 and 2 **hours** ago, respectively.  Defendant should have a reasonable opportunity to review, research and draft a reply.  However, I am free at the Court's convenience this afternoon for a scheduling conference.  My cell is 503-853-4378.

On Fri, Feb 26, 2021 at 1:49 PM Green, Derek <DerekGreen@dwt.com> wrote:

Good afternoon,

I'm writing on behalf of Plaintiff in the above referenced matter, which was removed to this Court by Defendant this morning.  Prior to removal, Plaintiff filed in state court a Motion for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue (Attached as Exhibit B to Defendant's Removal Papers, Docket No. 1-1).

Plaintiff requests to schedule a hearing on this motion today, or in the alternative, a telephonic scheduling conference with the parties.  Catherine Highet, counsel for Defendant, is copied here.

Thank you,

Derek Green

**Derek D. Green** | Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400 | Portland, OR 97201
Tel: (503) 778-5264 | Fax: (503) 778-5299
Email: derekgreen@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

Disclaimer: This message may contain confidential communications protected by the attorney client privilege. If you received this message in error, please delete it and notify the sender.

--

**Cathy Highet | Attorney**

**Highet Law LLC**

www.highetlaw.com
1022 SW Salmon Street, Suite 430
Portland, OR 97205

Office: 503-228-1889, Ext. 5

Cell: 503-853-4378
Fax: 503-223-4518

Confidentiality Notice: This e-mail message may contain confidential and privileged information. If you are not the intended recipient of this message, you may be prohibited by law from reading, copying, or distributing it. If you are not the intended recipient of this message, please notify us immediately by replying to this message or telephoning us, and do not review, disclose, copy or distribute it. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

--

**Cathy Highet | Attorney**

3/21/2021    Highet Law - Mail - Coates-Heath System Outreach CM/ECF (6:21-cv-00304-MC) request to reach to TRO hearing/scheduling conf…

Case 6:21-cv-00304-MC Document 21-1 Filed 06/23/21 Page 4 of 5

**Highet Law** LLC

www.highetlaw.com
1022 SW Salmon Street, Suite 430
Portland, OR 97205

Office: 503-228-1889, Ext. 5

Cell: 503-853-4378
Fax: 503-223-4518

Confidentiality Notice: This e-mail message may contain confidential and privileged information. If you are not the intended recipient of this message, you may be prohibited by law from reading, copying, or distributing it. If you are not the intended recipient of this message, please notify us immediately by replying to this message or telephoning us, and do not review, disclose, copy or distribute it. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

--

**Cathy Highet | Attorney**
**Highet Law** LLC

www.highetlaw.com
1022 SW Salmon Street, Suite 430
Portland, OR 97205
Office: 503-228-1889, Ext. 5
Cell: 503-853-4378
Fax: 503-223-4518

Confidentiality Notice: This e-mail message may contain confidential and privileged information. If you are not the intended recipient of this message, you may be prohibited by law from reading, copying, or distributing it. If you are not the intended recipient of this message, please notify us immediately by replying to this message or telephoning us, and do not review, disclose, copy or distribute it. Thank you.

--

**Cathy Highet | Attorney**
**Highet Law** LLC

www.highetlaw.com
1022 SW Salmon Street, Suite 430
Portland, OR 97205
Office: 503-228-1889, Ext. 5
Cell: 503-853-4378
Fax: 503-223-4518

Confidentiality Notice: This e-mail message may contain confidential and privileged information. If you are not the intended recipient of this message, you may be prohibited by law from reading, copying, or distributing it. If you are not the intended recipient of this message, please notify us immediately by replying to this message or telephoning us, and do not review, disclose, copy or distribute it. Thank you.

**15 attachments**

 **Opposition to TRO FINAL.pdf**
148K

 **Stylianou Declaration FINAL 2.pdf**
25K

3/21/2021      Highmark West Virginia - Mountain State Blue Cross Blue Shield Mail - Re: request to reschedule our hearing/scheduling conf…

Case 6:21-cv-00304-MC    Document 21-1    Filed 06/23/21    Page 5 of 5

**Exhibit 2.pdf**
59K

**Exhibit 5.pdf**
103K

**Exhibit 3.pdf**
107K

**Exhibit 4.pdf**
113K

**Exhibit 1.pdf**
556K

**Exhibit 7.pdf**
54K

**Exhibit 6.pdf**
158K

**Exhibit 11.pdf**
161K

**Exhibit 9.pdf**
903K

**Exhibit 10.pdf**
494K

**Exhibit 12.pdf**
407K

**Exhibit 13.pdf**
1926K

**Exhibit 8.pdf**
787K