Allison Martin Rhodes, Oregon Bar Number 000817
AMartinRhodes@sheppardmullin.com
Sheppard Mullin Richter & Hampton
Four Embarcadero Ctr. Ste. 1700
San Francisco, CA 94111
Tel.: 415-403-6228, Ext. 12921
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| ST. CHARLES HEALTH SYSTEM, INC., an Oregon nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON FEDERATION OF NURSES AND HEALTH PROFESSIONALS, LOCAL 5017, AFT, AFL-CIO<br><br>Defendant. | Case No. 6:21-cv-00304-MC<br><br>**REQUEST FOR CLARIFICATION** |

Plaintiff St. Charles Health System, Inc. ("St. Charles"), respectfully requests clarification of the Court's April 7, 2021, order to show cause directed to its previous counsel, Mark Hutcheson, Esq., in response to Defendant Oregon Federation Of Nurses And Health Professionals, Local 5017, AFT, AFL-CIO's ("OFNHP's"), motion for sanctions ("Motion"). Dkts. 20 & 24.  It is unclear whether the Court's order to show cause moots the prior motion for extension of time filed by St. Charles's newly-retained counsel, or, if not, whether St. Charles must respond to the Motion and, if so, when it must do so.  Dkt. 24.

-2-

        s/ Allison Martin Rhodes
        _____
        Allison Martin Rhodes
        Oregon Bar Number 000817

-3-

## CERTIFICATE OF SERVICE

On April 8, 2021, I electronically filed the foregoing document through the CM/ECF system, which will send a notice of electronic filing to the attorneys of record.

s/ Allison Martin Rhodes
Allison Martin Rhodes