Peter R. Jarvis, OSB #761868
E-mail: peter.jarvis@hklaw.com
Nellie Q. Barnard, OSB # 122775
E-mail: nellie.barnard@hklaw.com
**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300
Fax:  503.241.8014

*Attorneys for Davis Wright Tremaine LLP and Mark Hutcheson*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ST. CHARLES HEALTH SYSTEM, INC., an Oregon nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON FEDERATION OF NURSES AND HEALTH PROFESSIONALS, LOCAL 5017, AFT, AFL-CIO,<br><br>Defendant. | Case No. 6:21-cv-00304-MC<br><br>ST. CHARLES HEALTH SYSTEM, INC., DAVIS WRIGHT TREMAINE LLP AND MARK HUTCHESON'S JOINT AND UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME |

**LR 7-1 CERTIFICATE OF COUNSEL**

Counsel for Davis Wright Tremaine LLP and Mark Hutcheson (collectively "DWT parties") and St. Charles Health System, Inc. ("St. Charles") certify that they conferred with counsel for Defendant, who does not oppose this motion.

Page 1 -   ST. CHARLES HEALTH SYSTEM, INC., DAVIS WRIGHT TREMAINE LLP AND MARK HUTCHESON'S JOINT AND UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME:  CASE NO. 6:21-CV-00304-MC

## MOTION

Pursuant to Federal Rule of Civil Procedure 6(b)(1), DWT parties and St. Charles respectfully move this Court to issue an Order extending the deadline by which the DWT parties and St. Charles are required to file a responsive pleading to the Motion for Imposition of Sanctions (Dkt. 20) and the Court's Order to Show Cause (Dkt. 24). The current deadline to respond to both the Motion for Imposition of Sanctions and the Court's Order to Show Cause is May 12, 2021. DWT parties and St. Charles respectfully request an additional week (or until May 19, 2021) to prepare responses to the order and motion.

The DWT parties and St. Charles request this extension as counsel need additional time to investigate the issues before the Court and respond to them and to pursue a possible settlement with Defendant.

Defendant does not oppose this motion. This motion is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion. This is the second request for an extension of time filed in this matter.

DATED this 7th day of May, 2021.

| HOLLAND & KNIGHT LLP | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
|---|---|
| By: *s/ Peter R. Jarvis*<br>Peter R. Jarvis, OSB #761868<br>E-mail: peter.jarvis@hklaw.com<br>Nellie Q. Barnard, OSB #122775<br>E-mail: nellie.barnard@hklaw.com<br>601 SW Second Avenue, Suite 1800<br>Portland, OR 97204<br>Telephone: 503-243-2300<br>Fax: 503-241-8014<br><br>*Attorneys for Mark Hutcheson and Davis Wright Tremaine LLP* | By: *s/ Allison Martin Rhodes*<br>Allison Martin Rhodes, OSB # 000817<br>Email: amartinrhodes@sheppardmullin.com<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: 415-774-2921<br>Fax: 415-403-6228<br><br>*Attorneys for Plaintiff St. Charles Health System, Inc.* |

Page 2 -   ST. CHARLES HEALTH SYSTEM, INC., DAVIS WRIGHT TREMAINE LLP AND MARK HUTCHESON'S JOINT AND UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME: CASE NO. 6:21-CV-00304-MC

#84159343_v1

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

SHEPPARD MULLIN RICHTER &
HAMPTON LLP


By: *s/ Paul Anthony Werner, III*
Paul Anthony Werner, III
Email: pwerner@sheppardmullin.com
Hannah Wigger
Email: hwigger@sheppardmullin.com
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006-6801
Telephone: 202-747-1931
Fax: 202-747-1901

*Attorneys for Plaintiff St. Charles Health System, Inc., admitted PRO HAC VICE*

Page 3 -   ST. CHARLES HEALTH SYSTEM, INC., DAVIS WRIGHT TREMAINE LLP AND MARK HUTCHESON'S JOINT AND UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME:  CASE NO. 6:21-CV-00304-MC

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300

#84159343_v1